No. 13–0607/AF. U.S. v. Matthew J. Sousa. CCA 37889. On consideration of Appellant's motion to file the supplement to the petition for grant of review under seal, and the motion of Protect our Defenders for leave to file an Amicus Curiae brief in support of this Court's review of the MIL.R.EVID. 412 Balancing Test, it is ordered that Appellant's motion to file the supplement to the petition for grant of review under seal is hereby granted, and the motion of Protect our Defenders for leave to file an Amicus Curiae brief in support of this Court's review of the MIL.R.EVID. 412 Balancing Test is hereby denied as untimely filed under Rule 26(b), C.A.A.F. Rules of Practice and Procedure.

No. 13–0619/NA. U.S. v. Gabriel A. Mora. CCA 201200335. Appellant's motion to correct errata and motion for leave to file a reply to Appellee's opposition to Appellant's motion to supplement the record are granted.

No. 14–0073/AR. U.S. v. Jose A. Guzman–Bonano. CCA 20120011. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 30, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0074/AR. U.S. v. Ryan J. Calderon. CCA 20120014. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 30, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0078/AR. U.S. v. Michael B. Moll. CCA 20120472. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 30, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0111/AR. U.S. v. Timothy B. Tafoya. CCA 20120241. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 4, 2013.

No. 14–0113/AR. U.S. v. Shawn M.E. Pelletier. CCA 20110711. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 4, 2013.

Thursday, October 17, 2013

